No. 913. ADIRONDACK TRANSIT LINES, INC. v. UNITED STATES ET AL.

February 26, 1945. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Mr. Martin J. Kelly, Jr.* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al.; *Messrs. John E. Buck* and *John F. Finerty* for the Hudson & Manhattan R. Co.; and *Mr. Henry P. Goldstein* for the Manhattan Coach Line, Inc. et al., appellees.